UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORRY BARNETT, | Case No. 2:20-cv-00899-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| TIM GARRETT, et al., | |
| Respondents. | |

  Petitioner, who is in custody at the Lovelock Correctional Center, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed this action in the unofficial southern division of the court, but he is proceeding pro se and he is incarcerated in the unofficial northern division of the court.  Under Local Rule LR IA 1-8(a), a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

///

///

///

///

///

///

1

IT THEREFORE IS ORDERED that the above-entitled action is hereby transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division and the present action under the present docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

DATED: May 19, 2020

_____
GLORIA M. NAVARRO
United States District Judge